IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: STEVEN P. TETI  :  Chapter 13
 :
Debtor  :  No. 18 - 14746 JKF

## **ORDER**

AND NOW, this _____ day of _____, 2018, upon consideration of the Debtor's Motion to Extend Time for the Filing of Required Documents it is hereby ORDERED that the motion is GRANTED and the required documents shall be filed by August 16th, 2018 or the case may be dismissed without further notice.

**Date: August 1, 2018**

_____
Jean K. FitzSimon
U.S. Bankruptcy Judge