**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Steven P. Teti | | |
| | : | |
| Debtor | : | Bankruptcy No. 18-14746 |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the orders dated 07/20/18 and 08/01/18 this case is hereby DISMISSED.

*/s/ Jean K. FitzSimon*

**Date: August 22, 2018**

Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents:

    Atty Disclosure Statement
    Chapter 13 Plan
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities Form B106
    Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1
    Means Test Calculation Form 122C-2

bfmisdoc