United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Steven P Teti  
    Debtor

Case No. 18-14746-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1      Date Rcvd: Aug 22, 2018  
                Form ID: pdf900      Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2018.
```
db             +Steven P Teti,    313 Marlborough Road,    Kennett Square, PA 19348-1344
14167446       +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
14167448       +Bryn Mawr Hospital,    P.O. Box 784950,    Philadelphia, PA 19178-4950
14167450       +Center for Neuroscience,    1088 West Baltimore Pike,    Suite 2205,    Media, PA 19063-5136
14167451        Chase,    POB 15298,    Wilmington, DE 19850-5298
14167452       +Crozer Chester Hospital,    One Medical Center Drive,    Chester, PA 19013-3995
14174590       +Ditech Financial LLC,    2100 East Elliot Rd., Bldg. 94,    Recovery Dept - T120,
                 Tempe, AZ 85284-1806
14167454        Duquesne UC Service Center,    14 N Linden St,    Duquesne, PA 15110-1067
14167455       +Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
14167458       +Police and Fire FCU,    901 Arch St,    Philadelphia, PA 19107-2495
14167459       +Riddle Memorial Hospital,    1068 West Baltimore Pike,    Media, PA 19063-5177
14167460       +Sears/ CBNA,    PO BOX 6282,    Sioux Falls, SD 57117-6282
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 23 2018 01:54:21      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 23 2018 01:53:57
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 23 2018 01:54:18      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14167447        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Aug 23 2018 01:59:01      BMW Financial,
                 5515 Parkcenter Circle,    Dublin, OH 43017
14167453       +E-mail/Text: bankruptcy.bnc@ditech.com Aug 23 2018 01:53:52      Diteck Finanacial,
                 345 St Peter St,    Saint Paul, MN 55102-1211
14167456        E-mail/Text: data_processing@fin-rec.com Aug 23 2018 01:53:53
                 Financial Recovery Services, Inc.,    P.O. Box 385908,    Minneapolis, MN 55438-5908
14167457        E-mail/Text: camanagement@mtb.com Aug 23 2018 01:53:53      M&T Bank,    1100 Wehrle Drive,
                 Buffalo, NY 14221-7748
14167449       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 23 2018 01:59:00      capital one,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
                                                                                              TOTAL: 8
```

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 24, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2018 at the address(es) listed below:
```
              JOSEPH F. CLAFFY    on behalf of Debtor Steven P Teti claffylaw@gmail.com,
               claffylaw@aol.com;claffylawecf@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Steven P. Teti | : | |
| | : | |
| Debtor | : | Bankruptcy No. 18-14746 |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the orders dated 07/20/18 and 08/01/18 this case is hereby DISMISSED.

**Date: August 22, 2018**

Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents:
Atty Disclosure Statement
Chapter 13 Plan
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2

bfmisdoc